**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELE ONDEY, on behalf of herself and all others similarly situated, | Case No.: 3:22-cv-00096-RCJ-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR ENLARGEMENT OF TIME FOR RESPONSES** |
| vs. | **(First Request)** |
| CAESARS ENTERTAINMENT, INC. formerly known as ELDORADO RESORTS INC.; CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO; and DOES 1 through 50, inclusive, | |
| Defendant(s). | |

/ / /

/ / /

/ / /

Pursuant to Local Rule IA 6-1, Plaintiff Michele Ondey ("Plaintiff"), by and through her counsel of record, THIERMAN BUCK, LLP, and Defendants Caesars Entertainment, Inc. and Circus and El Dorado Joint Venture, LLC d/b/a Silver Legacy Resort Casino, by and through their counsel of record, LITTLER MENDELSON, P.C., (collectively, "the Parties") hereby request, stipulate and agree to extend the time for Plaintiff to file her response to Defendant's Motion to Dismiss (ECF 4). Plaintiff's response is currently due Tuesday, June 7, 2022. Plaintiff requests a seven (7) day extension up to Tuesday, June 14, 2022, to file her Opposition. Defendant's Reply In Support shall be due fourteen (14) calendar days after the filing of Plaintiff's Opposition.

This extension is requested and sought prior to the expiration of the deadline in question and is needed to accommodate counsels' heavy workloads. This is the Parties' first request for an extension of time. This request is not intended for delay and is made in good faith.

| Dated: June 6, 2022 | Dated: June 6, 2022 |
|---|---|
| **THIERMAN BUCK, LLP** | **LITTLER MENDELSON, P.C.** |
| /s/ Joshua R. Hendrickson | /s/ Emil S. Kim |
| Mark R. Thierman, Nev. Bar No. 8285<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>Joshua R. Hendrickson, Nev. Bar No. 12225<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Tel. (775) 284-1500<br>Fax. (775) 703-5027<br><br>*Attorneys for Plaintiffs* | Montgomery Y. Paek, Nev. Bar No. 10176<br>Amy L. Thompson, Nev. Bar No. 11907<br>Emil S. Kim, Nev. Bar No. 14894<br>LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Pkwy. – Suite 300<br>Las Vegas, Nevada 89169<br>Tel: (702) 862-8800<br>Fax: (702) 862-8811<br><br>*Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

Dated this 5th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE