MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ. Bar No. 11907
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: mpaek@littler.com
          athompson@littler.com
          ekim@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE ONDEY, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CAESARS ENTERTAINMENT, INC. formerly known as ELDORADO RESORTS INC.; CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO; DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 3:22-cv-00096-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff MICHELLE ONDEY ("Plaintiff"), and Defendants CAESARS ENTERTAINMENT, INC. and CIRCUS AND ELDORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO ("Defendants"), by and through their respective counsel of record, hereby stipulate and request an order extending the time for Defendants to file a responsive pleading with respect to Plaintiff's Complaint (ECF No. 1). Defendants' deadline to file a responsive pleading is currently subject to the deadline imposed by Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure. Specifically, Defendants filed a Motion to Dismiss the Complaint (ECF No. 4), and the Court issued

the Order Regarding Defendants' Motion to Dismiss (ECF No. 18) on July 26, 2022, granting the Motion in part and denying the Motion in part. Thus, the parties stipulate to extend the deadline by two weeks from the current deadline of August 9, 2022, up to and including **August 23, 2022**.

This extension is requested and sought prior to the expiration of the deadline in question and is needed to accommodate counsels' heavy workloads, scheduling conflicts, and to provide the parties an opportunity to discuss the impact of the Order on the Motion to Dismiss on this litigation moving forward. This is the first extension requested related to this deadline. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: August 2, 2022

Respectfully submitted,

*/s/ Joshua R. Hendrickson*
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

*Attorneys for Plaintiff*

Dated: August 2, 2022

Respectfully submitted,

*/s/ Emil S. Kim*
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: ___August 3_____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4879-0849-9500.1 / 083558-1255