| | |
|---|---|
| 1 | MONTGOMERY Y. PAEK, ESQ., Bar No. 10176 |
| | AMY L. THOMPSON, ESQ. Bar No. 11907 |
| 2 | EMIL S. KIM, ESQ., Bar No. 14894 |
| | LITTLER MENDELSON, P.C. |
| 3 | 3960 Howard Hughes Parkway |
| | Suite 300 |
| 4 | Las Vegas, Nevada  89169.5937 |
| | Telephone:    702.862.8800 |
| 5 | Fax No.:         702.862.8811 |
| | Email: mpaek@littler.com |
| 6 |           athompson@littler.com |
| |           ekim@littler.com |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE ONDEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC. formerly known as ELDORADO RESORTS INC.; CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO; DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:22-cv-00096-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff MICHELLE ONDEY ("Plaintiff"), and Defendants CAESARS ENTERTAINMENT, INC. and CIRCUS AND ELDORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO ("Defendants"), by and through their respective counsel of record, hereby stipulate and request an order extending the time for Defendants to file a responsive pleading with respect to Plaintiff's Complaint (ECF No. 1). Specifically, the parties agree that Defendants' current deadline of August 23, 2022, shall be extended up to and including **September 13, 2022**.

This extension is requested and sought prior to the expiration of the deadline in question, and is requested as the parties are discussing potential settlement discussions. This is the second extension requested related to this deadline. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: August 17, 2022

Respectfully submitted,

/s/ Joshua R. Hendrickson
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

*Attorneys for Plaintiff*

Dated: August 17, 2022

Respectfully submitted,

/s/ Emil S. Kim
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: August 17, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4896-1852-5486.1 / 083558-1255