MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ. Bar No. 11907
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada  89169.5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: mpaek@littler.com
           athompson@littler.com
           ekim@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE ONDEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC. formerly known as ELDORADO RESORTS INC.; CIRCUS AND EL DORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO; DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:22-cv-00096-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff MICHELLE ONDEY ("Plaintiff"), and Defendants CAESARS ENTERTAINMENT, INC. and CIRCUS AND ELDORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT CASINO ("Defendants"), by and through their respective counsel of record, hereby stipulate and request an order extending the time for Defendants to file a responsive pleading with respect to Plaintiff's Complaint (ECF No. 1). Specifically, the parties agree that Defendants' current deadline of September 13, 2022, shall be extended up to and including **September 27, 2022**.

This extension is requested and sought prior to the expiration of the deadline in question, and is requested as the parties are still discussing potential settlement discussions. This is the third extension requested related to this deadline. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: September 8, 2022

Respectfully submitted,

/s/ Joshua D. Buck
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

*Attorneys for Plaintiff*

Dated: September 8, 2022

Respectfully submitted,

/s/ Emil S. Kim
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: September 9, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4880-7357-7521.1 / 083558-1255